IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | 24-282-3 |
| **SAMUEL OLASUNKANMI ABIODUN** | : | |
| **REG. NO. 28197-511** | : | |

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **Sentencing** on **April 2, 2025, at 10:30 am** before the **Honorable Joel H. Slomsky** in **Courtroom 13-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:  Kelly Ann Haggerty
     Deputy to J. Joel H. Slomsky
     Phone: 267.299.7341

Date:  12/30/2024

cc via email:  DEFENSE COUNSEL: CARLOS A. MARTIR, ESQ.
               PATRICK BROWN, AUSA
               U.S. Marshal
               Court Security
               Probation Office
               Pretrial Services
               Interpreter Coordinator

crnotice (July 2021)