IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA


RECEIVED JUN 20 2025

UNITED STATES

V.

SAMUEL OLASUNKANMI ABIODUN

CASE NO. 2:24-CR-00282-003

NOTICE OF APPEAL

THE DEFENDANT HEREBY NOTIFIES THE CLERK OF COURT THAT HE INTENDS TO APPEAL THE JUDGMENT ENTERED BY THE DISTRICT COURT ON JUNE 10th, 2025.

RESPECTFULLY SUBMITTED,

DATED: JUNE 15, 2025       *Samuel O. Abiodun*

SAMUEL OLASUNKANMI ABIODUN
REGISTER # 28197511
FDC - PHILADELPHIA
P.O. BOX 562
PHILADELPHIA PA 19105

SAMUEL ADIODUN #28197511
FDC- PHILADELPHIA
P.O BOX 562
PHLCA PA 19105

MAILED: JUNE 17, 2025

CLERK OF COURT-
US DISTRICT COURT. EASTERN PA
601 MARKET STREET
PHILADELPHIA PA 19106

PHILADELPHIA PA 190
18 JUN 2025 PM 6 L